**DENIED and Opinion Filed July 18, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00685-CV**

**IN RE MOTOR CARRIER #1476454 JASON STANFORD D/B/A ROLLIN'
SMOKE AT THE ATTACHE, Relator**

**Original Proceeding from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-23-18441**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Molberg

In its June 7, 2024 petition for writ of mandamus, relator challenges the trial

court's denial of its motion for summary judgment.

Relator's petition does not comply with the Texas Rules of Appellate

Procedure in numerous respects. *See, e.g.*, TEX. R. APP. P. 52.3(d), 52.3(g), 52.3(h),

52.3(k)(1)(A), 52.7(a), 52.7(c)(2).

Even if these defects did not exist, we would deny the petition. Entitlement to

mandamus relief requires a relator to show that the trial court clearly abused its

discretion and that the relator lacks an adequate appellate remedy. *In re Prudential*

*Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

"[M]andamus is generally unavailable when a trial court denies summary judgment, no matter how meritorious the motion." *In re McAllen Med. Ctr., Inc.*, 275 S.W.3d 458, 465 (Tex. 2008) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny relator's petition. *See* TEX. R. APP. P. 52.8(a).

/Ken Molberg/

KEN MOLBERG

240685F.P05                                    JUSTICE